UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20376-CIV-ALTONAGA

**MAYA SANCHEZ**,

    Plaintiff,

v.

**RAUSCH, STURM, LLP**,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On February 17, 2022, the parties filed a Joint Scheduling Report [ECF No. 9] wherein the parties note the pending *en banc* decision in *Hunstein v. Preferred Collection and Management Services, Inc.*, No. 19-14434 (11th Cir. 2021). (*See* Joint Scheduling Report 3). To better manage the orderly progress of this case, it is

**ORDERED AND ADJUGED** that this matter is **STAYED** pending the Eleventh Circuit's forthcoming *en banc* decision in *Hunstein v. Preferred Collection and Management Services, Inc.*, No. 19-14434 (11th Cir. 2021). Once the decision is issued, the parties shall submit a joint status report to the Court within fourteen (14) days thereafter. The case is **ADMINISTRATIVELY CLOSED**, for statistical purposes only, without prejudice to the substantive rights of any of the parties.

**DONE AND ORDERED** in Miami, Florida, this 17th day of February, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record